**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action No.: 07-cv-00361-WYD-CBS | FTR - Reporter Deck - Courtroom A402 |
| Date:  June 15, 2007 | Courtroom Deputy: Bernique Abiakam |

LINWOOD LANEZ LAWRENCE, JR.,                    Pro se

    **Plaintiff,**

    v.

THOMAS GREEN,                    John M. Eckhardt
                                 Sarah E. McCutcheon

    **Defendant.**

---

**COURTROOM MINUTES/MINUTE ORDER**

---

**HEARING:    MOTIONS HEARING**
**Court in Session:**        10:30 a.m.

Court calls case.  Appearances of pro se plaintiff and defense counsel

Preliminary remarks by the Court.

**ORDERED:** **Motion For A More Definite Statement Pursuant To Fed.R.CIV.P. 8, 10, And 12(e), (Filed 5/2/07; Doc. 15) is DENIED as MOOT.**

**ORDERED:** **Prisoner Complaint - [Second Amended Complaint] (Filed 6/11/07; Doc. No. 29) is DENIED WITHOUT PREJUDICE as specified.**

**ORDERED:** **Motion To Strike Prisoner Complaint Amended #2 (Doc 29), (Filed 6/13/07; Doc. No. 31) is DENIED as MOOT.**

Discussion regarding Defendant's Second Motion For A More Definite Statement Pursuant To Fed.R.CIV. 8, 10, And 12(e).

**ORDERED:** **Defendant's Second Motion For A More Definite Statement Pursuant To Fed.R.CIV. 8, 10, And 12(e) is DENIED WITHOUT PREJUDICE.**

**ORDERED:** **Plaintiff shall have to and including July 16, 2007 to file a Motion For Leave To Amend Complaint.**

HEARING CONCLUDED.
**Court in Recess**:        11:01 a.m.
Total In-Court Time:     00:31