IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  07-cv-00361-WYD-CBS

LINWOOD LAWRENCE,

    Plaintiff,

v.

THOMAS GREEN, 00074,

    Defendant.

**ORDER AFFIRMING AND ADOPTING
RECOMMENDATION OF MAGISTRATE JUDGE**

THIS MATTER is before the Court in connection with Defendant Thomas Green's Motion for Judgment on the Pleadings (filed July 31, 2007).  This motion was referred to Magistrate Judge Shaffer for a recommendation by Order of Reference dated April 6, 2007 and Memorandum dated July 31, 2007.  A Recommendation of United States Magistrate Judge was issued on October 3, 2007, and is incorporated herein by reference.  *See* 28 U.S.C. § 636(b)(1)(B); FED. R. CIV. P. 72(b).

Magistrate Judge Shaffer recommends therein that Defendant's Motion for Judgment on the Pleadings be granted.  Recommendation at 1.  The Recommendation addresses the claims alleged in Plaintiff's second amended complaint, including claims of false arrest, malicious prosecution, defamation, and negligence, and finds that judgment on the pleadings is appropriate as to each claim.  Magistrate Judge Shaffer advised the parties that specific written objections were due within ten (10) days after

---

being served with a copy of the Recommendation.  Recommendation at 10.  Despite this advisement, no objections were filed to the Recommendation.

No objections having been filed, I am vested with discretion to review the Recommendation "under any standard [I] deem[] appropriate."  *Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985) (stating that "[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a de novo or any other standard, when neither party objects to those findings").  Nonetheless, though not required to do so, I review the Recommendation to "satisfy [my]self that there is no clear error on the face of the record."[1]  *See* FED. R. CIV. P. 72(b) Advisory Committee Notes.

Having reviewed the Recommendation, I am satisfied that there is no clear error on the face of the record.  Magistrate Judge Shaffer conducted a thorough and well-reasoned analysis of Plaintiff's claims, and judgment on the pleadings appears to be appropriate for the reasons stated in the Recommendation.  Accordingly, it is

ORDERED that the Recommendation of United States Magistrate Judge dated October 3, 2007, is **AFFIRMED and ADOPTED**.  In accordance therewith, it is

ORDERED that Defendant Thomas Green's Motion for Judgment on the Pleadings (docket # 41) is **GRANTED**, and this action is **DISMISSED WITH PREJUDICE**.

---

[1] Note, this standard of review is something less than a "clearly erroneous or contrary to law" standard of review, FED. R. CIV. P. 72(a), which in turn is less than a de novo review, FED. R. CIV. P. 72(b).

Dated: October 19, 2007

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge